# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| | ) | **ORDER RE SUBSTITUTION OF** |
| Plaintiff, | ) | **COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:16-cr-192 |
| Marvin O'Neal Carter, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant appeared before the court on September 23, 2016. The court, pursuant to 18 U.S.C. § 3006A, appointed Assistant Federal Public Defender Michelle Monteiro to represent defendant.

The court **GRANTS** Ms. Monteiro leave to withdraw and appoints attorney Jeff Bredahl to represent defendant in this matter.

**IT IS SO ORDERED.**

Dated this 26th day of September, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court