Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

RECEIVED
UNITED STATES MARSHALS
AUG - 4 2016
DISTRICT OF NORTH DAKOTA

| United States of America | ) | |
| v. | ) | |
| Marvin O'Neal Carter aka "L", aka "Leroy" | ) | Case No. 1:16-cr-192-001 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Marvin O'Neal Carter aka "L", aka "Leroy",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances;
Distribution of Controlled Substances;
Money Laundering Conspiracy;
Forfeiture Allegation; and
Aiding and Abetting

Date: 08/04/2016

/s/ Jeanene Thompson
*Issuing officer's signature*

City and state: Bismarck, ND

Jeanene Thompson, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 8/4/16, and the person was arrested on *(date)* 8/31/16
at *(city and state)* DETROIT, MI.

Date: 9/23/16

Fauna M Boll FOR ICE, DETROIT
*Arresting officer's signature*

LAURA M BOLL, DUSM
*Printed name and title*